**Order entered January 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01284-CV

**KENNETH LEO BUHOLTZ, Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02337-2018**

## ORDER

By letter dated January 14, 2019, the court reporter informed the Court that appellant has not requested preparation of the reporter's record in the underlying case. In correspondence with this Court, appellant has requested the reporter's record only from a hearing held in a special commissioner's court on October 18, 2018 in an on-going companion case involving eminent domain. This Court's review is generally limited to the record before the trial judge. *See Perry Homes v. Cull*, 258 S.W.3d 580, 596 n.89 (Tex. 2008). Because appellant has not requested the record of the hearing on appellee's plea to the jurisdiction, the subject of this appeal, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

On the Court's own motion, we **DIRECT** the Clerk of this Court to send appellant a

paper copy of the clerk's record.  Appellant shall file his brief by **March 4, 2019**.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE